**DISMISSED w/ PREJUDICE and Opinion Filed January 12, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00342-CV

**SPOTSYLVANIA MALL COMPANY, Appellant**

**V.**

**MIDA HOLDINGS, INC. D/B/A PARMIDA HOME, BARDI FAIZY, AND MONDANA TAGHIZADEH, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-15264**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Reichek
Opinion by Justice Reichek

Before the Court is appellant's unopposed motion to dismiss this appeal. In the motion, appellant informs us that the foreign judgment made the subject of this enforcement suit was declared void and vacated by the issuing court. Accordingly, appellant requests this appeal be dismissed with prejudice. We grant appellant's motion, and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220342F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SPOTSYLVANIA MALL
COMPANY, Appellant

No. 05-22-00342-CV     V.

MIDA HOLDINGS, INC. D/B/A
PARMIDA HOME, BARDI FAIZY,
AND MONDANA TAGHIZADEH
Appellees

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-15264.
Opinion delivered by Justice
Reichek. Chief Justice Burns and
Justice Molberg participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED WITH PREJUDICE**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered January 12, 2023